UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERNARD CLEMENTS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MILOUS JAMES IVORY,<br><br>    Defendant. | Case No. 24-cv-03312-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to 3:23-cv-05202-AMO Clements v. Ivory et al.

    **IT IS SO ORDERED.**

Dated: July 1, 2024

LAUREL BEELER
United States Magistrate Judge