UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERNARD CLEMENTS,<br><br>        Plaintiff,<br><br>   v.<br><br>MILOUS JAMES IVORY, et al.,<br><br>        Defendants. | Case No. 24-cv-04601-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 3:23-cv-05202-AMO, *Clements v. Ivory et. al*.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____

RITA F. LIN
United States District Judge